**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Ruben NIETO–RESENDIZ,
Defendant—Appellant.**

No. 08–50580.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 17, 2009.

David Daniel Leshner, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

James Fife, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Jose Ruben Nieto–Resendiz appeals from the 45–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm, but remand to correct the judgment.

Nieto–Resendiz contends that the district court erred when it applied a 16–level enhancement, pursuant to U.S.S.G. § 2L1.2, because his prior conviction for lewd or lascivious acts with a child under 14 years of age, in violation of Cal.Penal Code § 288(a), does not qualify as a crime of violence. He contends that *Estrada–Espinoza v. Mukasey,* 546 F.3d 1147 (9th Cir.2008) (en banc), overruled *United States v. Baron–Medina,* 187 F.3d 1144 (9th Cir.1999), and *United States v. Medina–Maella,* 351 F.3d 944 (9th Cir.2003). This contention is foreclosed by *United States v. Medina–Villa,* 567 F.3d 507, 511–16 (9th Cir.2009).

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to § 1326(b). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED to correct the judgment.**